IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:08-cv-0088

BRYAN E. GREENE,
JORDAN M. GREENE, and
TODD MEISTER,

        Plaintiffs,

VS.      **ORDER ADMITTING COUNSEL PRO HAC VICE**

GARY O. BARTLETT, LARRY LEAKE, GENEVIEVE SIMS, LORRAINE SHINN, CHARLES WINFREE, and ROBERT CORDLE,

        Defendants.

THIS MATTER coming on before the Honorable Carl Horn, III, on the Plaintiff's Motion for the Admission, *pro hac vice*, of attorney Bob Bastress, this Court makes the following findings of fact:

    1.    That the proposed admittee is not a member of the North Carolina Bar and does not maintain any law office in North Carolina,

    2.    That the proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked,

    3.    That the proposed admittee is a member in good standing of the bars of the United States Court of Appeals for the Fourth Circuit, the United States District Courts for the Northern and Southern Districts of West Virginia, and the State Bar of West Virginia.

    4.    The proposed admittee understands admission *pro hac vice* admission does not constitute formal admission to the bar of this Court;

    5.    That, upon his admission *pro hac vice*, the proposed admittee will establish an ECF account with the Western District of North Carolina.

6. The movant Kris V Williams is a member in good standing with the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA and will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.

7. The $250.00 fee for admission *pro hac vice* has been submitted with the filing of this motion.

BASED UPON the above findings of fact, this Court makes the following CONCLUSIONS OF LAW:

1. That the proposed admittee has fulfilled the requirements for pro hac vice admission to this Court.

WHEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Proposed admittee, Attorney Robert M. Bastress is hereby admitted to this Court *pro hac vice* in the above titled and styled cause.

2. That attorney Kris V Williams shall accept electronic service on behalf of Attorney Robert M Bastress until the admitted attorney can establish an ECF account.

**SO ORDERED**.

Signed: August 7, 2008

Carl Horn, III
United States Magistrate Judge