**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:08CV0088**

| | | |
|---|---|---|
| **BRYAN E. GREENE, JORDAN M. GREENE, and TODD MEISTER,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **ORDER** |
| **GARY O. BARTLETT, LARRY LEAKE, GENEVIEVE SIMS, LORRAINE SHINN, CHARLES WINFREE, and ROBERT CORDLE,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

       **THIS MATTER** is before the Court on its own motion. The Court finds that it has a

conflict and therefore must recuse itself from the above cases.

       **THE CLERK IS, THEREFORE, ORDERED** to reassign these cases to another

district court judge.

Signed: June 2, 2010

Richard L. Voorhees
United States District Judge