# United States District Court
# For The Western District of North Carolina
# Statesville Division

BRYAN E. GREENE, JORDON M. GREENE, AND TODD MEISTER,

    Plaintiff(s),

vs.

GARY O. BARTLETT, LARRY LEAKE, ROBERT CORDLE, ANITA S. EARLS, BILL W. PEASLEE, AND CHARLES WINFREE,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:08CV88

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2010, Order.

Signed: August 24, 2010

Frank G. Johns, Clerk
United States District Court